785 A.2d 83

**OFFICE OF DISCIPLINARY COUNSEL, Petitioner,**

v.

**Anthony Richard PATETE, Jr., Respondent.**

**No. 686 DISC. 3, 99 DB 2001.**

Supreme Court of Pennsylvania.

Aug. 21, 2001.

## *ORDER*

PER CURIAM.

AND NOW, this 21st day of August, 2001, upon consideration of Recommendation of Disciplinary Board Member and the Joint Stipulation of the parties, the Order of this Court entered on July 19, 2001, pursuant to Rule 208(f), Pa.R.D.E., is dissolved and respondent is immediately reinstated to the practice of law.